IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARVIN LIGHT                                                                                          PLAINTIFF

V.                                         Civil No. 20-5143

BOB MALONEY COLLISION CENTER INC.                                        DEFENDANT

## O R D E R

On April 23, 2021, the parties entered into a written settlement agreement after participating in a settlement conference conducted by the undersigned on March 17, 2021. The undersigned presided over the settlement conference and the parties have consented to my jurisdiction. The undersigned has reviewed the written settlement agreement and approves it as fair and reasonable.

Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(2) The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 23rd day of April, 2021.

/s/ Erin L. Wiedemann
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE